B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>District of New Jersey | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**MG Forge Construction, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-8538652** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**125 Pompton Plains Crossroads**<br>**Wayne, NJ** | Street Address of Joint Debtor (No. and Street, City, and State): |
|---|---|
| ZIP Code **07470** | ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Passaic** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| ZIP Code | ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

**Type of Debtor**
(Form of Organization) (Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**B1 (Official Form 1)(12/11)** Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **MG Forge Construction, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ <br>    Signature of Attorney for Debtor(s)       (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

   ☐ Yes, and Exhibit C is attached and made a part of this petition.

   ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

   ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

   ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

   ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

   ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____

        (Name of landlord that obtained judgment)

        _____

        (Address of landlord)

   ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

   ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

   ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**MG Forge Construction, LLC**

Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Stuart Gold** _____
Signature of Attorney for Debtor(s)

**Stuart Gold SG4041**
Printed Name of Attorney for Debtor(s)

**Mandelbaum Salsburg Lazris & Discenza, P.C.**
Firm Name

**155 Prospect Avenue**
**West Orange, NJ 07052**

_____
Address

                        **Email: sgold@msgld.com**
**9737364600  Fax: 9733257467**
Telephone Number

**October 22, 2012**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Eugene J. Merlino** _____
Signature of Authorized Individual

**Eugene J. Merlino**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**October 22, 2012**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrtpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of New Jersey

In re **MG Forge Construction, LLC**        Case No. _____

Debtor(s)     Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ANS Consultants 4405 South Clinton Avenue South Plainfield, NJ 07080 | ANS Consultants 4405 South Clinton Avenue South Plainfield, NJ 07080 | Trade debt | | 118,025.00 |
| Apex Steel Pipe and Piling 1221 S. Sheppard Blvd. Houston, TX 77019 | Apex Steel Pipe and Piling 1221 S. Sheppard Blvd. Houston, TX 77019 | | | 127,521.00 |
| Con-Tech Systems, Ltd. 8150 River Road Delta, BC V4G 1B5 CANADA | Con-Tech Systems, Ltd. 8150 River Road CANADA | Trade debt | | 75,418.54 |
| Cox Industries, Inc. PO Box 1124 Orangeburg, SC 29116 | Cox Industries, Inc. PO Box 1124 Orangeburg, SC 29116 | Trade debt | | 62,205.00 |
| GRL Engineers 30725 Aurora Road Solon, OH 44139 | GRL Engineers 30725 Aurora Road Solon, OH 44139 | Trade debt | | 81,049.01 |
| J. M. Ahle 2 Herman Street South River, NJ 08882 | J. M. Ahle 2 Herman Street South River, NJ 08882 | | | 173,527.69 |
| Junntan PO Box 1702 FIN-70701 KUOPIO FINLAND | Junntan PO Box 1702 FINLAND | | | 62,488.33 |
| Ken's Booming & Boat Service PO Box 4001 Bayonne, NJ 07002 | Ken's Booming & Boat Service PO Box 4001 Bayonne, NJ 07002 | | | 84,524.66 |
| L. B. Foster PO Box 643343 Pittsburgh, PA 15264-3343 | L. B. Foster PO Box 643343 Pittsburgh, PA 15264-3343 | Trade debt | | 86,321.16 |
| MCM Forest Products PO Box 827 Hoboken, NJ 07030 | MCM Forest Products PO Box 827 Hoboken, NJ 07030 | Trade debt | | 64,031.96 |
| New York District of Carpenters 395 Hudson Street New York, NY 10014 | New York District of Carpenters 395 Hudson Street New York, NY 10014 | | | 178,582.30 |

B4 (Official Form 4) (12/07) - Cont.

In re   **MG Forge Construction, LLC**                              Case No. _____

                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Operating Engineers Local 825<br>65 Springfield Avenue<br>Springfield, NJ 07081 | Operating Engineers Local 825<br>65 Springfield Avenue<br>Springfield, NJ 07081 | | | 73,818.41 |
| PNC Business Credit<br>100 Summer Street<br>Suite 1001<br>Boston, MA 02110 | PNC Business Credit<br>100 Summer Street<br>Suite 1001<br>Boston, MA 02110 | Accounts receivable, machinery, equipment, good will, general intangibles | | 11,906,467.00<br><br>(8,000,000.00 secured) |
| PreCast Piling Techonology, Inc.<br>PO Box 16612<br>Tampa, FL 33687 | PreCast Piling Techonology, Inc.<br>PO Box 16612<br>Tampa, FL 33687 | Trade | | 74,350.04 |
| RCC Pile & Foundation, Inc.<br>71-73 Grove Street<br>Paterson, NJ 07503 | RCC Pile & Foundation, Inc.<br>71-73 Grove Street<br>Paterson, NJ 07503 | Accounts receivable, chattel papers, proceeds, equipment, general intangibles | | 1,780,000.00<br>(8,000,000.00 secured)<br>(11,800,000.00 senior lien) |
| Roll Form Group<br>6701 Financial Drive<br>Suite 100<br>Mississauga, Ontario<br>L5N7J7<br>CANADA | Roll Form Group<br>6701 Financial Drive<br>Suite 100<br>CANADA | Trade debt | | 2,362,369.88 |
| Skyline Steel Corporation<br>24771 Network Place<br>Chicago, IL 60673-1247 | Skyline Steel Corporation<br>24771 Network Place<br>Chicago, IL 60673-1247 | Trade debt | | 321,388.25 |
| Tomco Construction<br>22 Howard Blvd.  Suite 204<br>Mount Arlington, NJ 07856 | Tomco Construction<br>22 Howard Blvd.  Suite 204<br>Mount Arlington, NJ 07856 | Trade debt | | 279,742.92 |
| True & Associates<br>325 North Avenue East<br>Westfield, NJ 07090 | True & Associates<br>325 North Avenue East<br>Westfield, NJ 07090 | Trade debt | | 166,534.00 |
| Wiss & Company, LLP<br>485C Route 1 South<br>Iselin, NJ 08830 | Wiss & Company, LLP<br>485C Route 1 South<br>Iselin, NJ 08830 | Professionals | | 58,468.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **MG Forge Construction, LLC**                                Case No. _____

_____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **October 22, 2012**                      Signature   **/s/ Eugene J. Merlino**

                                                             **Eugene J. Merlino**
                                                             **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

125 PPCR Realty LLC
125 Pompton Plains Crossroads
Wayne, NJ 07470


A to Z Service
3 Matthew Avenue
Riverdale, NJ 07457


A&A Fine Foods
 191 Main Street
Lincoln Park, NJ 07035


AFCO
PO Box 360572
Pittsburgh, PA 15250-6572


AGC of New Jersey
Raritan Center Plaza II
Edison, NJ 08837


AGL Welding
600 Route 46 West
Clifton, NJ 07015


AIR Consulting
301 East Ward Street
Hightstown, NJ 08520


Ajaco Towing
301 Supor Blvd.
Harrison, NJ 07029


Alexander Wagner Co., Inc.
23 Lafayette Street
Paterson, NJ 07501


ALLY
PO Box 380902
Minneapolis, MN 55438


American Express
PO Box 1270
Newark, NJ 07101

ANS Consultants
4405 South Clinton Avenue
South Plainfield, NJ 07080


Apex Steel Pipe and Piling
1221 S. Sheppard Blvd.
Houston, TX 77019


Arco Steel Company
1422 Chestnut Avenue
Hillside, NJ 07205


Arlington Steel Company
452 Newark Turnpike
Wayne, NJ 07470


Associated Pile & Fitting
24771 Network Place
Chicago, IL 60673-1247


Atlantic Crane Inspection
PO Box 747
Bensalem, PA 19020


Atlas Copco Construction
Lock Box 6621
PO Box 8500
Philadelphia, PA 19179-6621


Bay Crane Service of CT, Inc.
1134 Bay Shore Road
Cape Charles, VA 23310


Daniel Benner
1312 Opdyke Avenue
Asbury Park, NJ 07712


Richard L.Betron
136 Crooked Billet Road
Hatboro, PA 19040


Big State Industrial Supply
1865 Iowa Ave
Riverside, CA 92507

Michael Blendy
34 Franlin Street
Ramsey, NJ 07446


Block 34 Pumping
19 Meirs Road
Cream Ridge, NJ 08514


Sean Brackin
38 Relkin Road
Livingston, NJ 07039


Braen Stone Industries, Inc.
PO Box 8310
Haledon, NJ 07538


Brian C. Mannix
74 Haytown Road
Lebanon, NJ 08833


Brown & Perkins, Inc.
PO Box 412
Cranbury, NJ 08512


Bruce R. Koerner Cranes
400 Franklin Avenue
Rockaway, NJ 07866


Bushwick Metals, LLC
PO Box 414860
Boston, MA 02241-7378


Byler & Blake, LLC
c/o Evan Blaker
30 S. 17th Street
Philadelphia, PA 19103


C. P. Ward, Inc.
100 West River Road
Scottsville, NY 14546


Cablevision
PO Box 371378
Pittsburgh, PA 15250-7378

Carlos J.Camporeale
Campoeale & Fox
PO Box 228
Hoboken, NJ 07030


CAT Financial
PO Box 905010
NC 28920-5010


Caterpillar Financial Services Corp.
PO Box 340001
Nashville, TN 37203


Cintas Corporation
PO Box 630803
Cincinnati, OH 45263-0803


Con-Tech Systems, Ltd.
8150 River Road
Delta, BC V4G 1B5
CANADA


Concentra
PO BOX 8750
Elkridge, MD 21075-8750


Construction & Marine
330 South Front Street
Elizabeth, NJ 07202


Construction Information Systems
170 Kinnelon Road
Butler, NJ 07405


County Concrete Corp.
PO Box F
Kenvil, NJ 07847


Cox Industries, Inc.
PO Box 1124
Orangeburg, SC 29116


Cranesville Block Company
1250 Riverview Center
Amsterdam, NY 12010

Culpeper
PO Box 79348
Baltimore, MD 21279-0348


Chirstpher Daley
187 Maple Street
Ramsey, NJ 07446


DMR&D
9 Whitmore Avenue
Wayne, NJ 07470


Dock Builders Local 1456
395 Hudson Street
New York, NY 10014


Document Solutions
151 Sumner Avenue
Kenilworth, NJ 07033


Donald K. Gross
365 South Street
Morristown, NJ 07960


E. W. McClave, Inc.
13 Dey Street
Harrison, NJ 07029


Eastern Concrete Materials, Inc.
PO Box 29305
New York, NY 10087-3905


ECCO III Enterprises, Inc.
201 Saw Mill River Road
Yonkers, NY 10701


Engines, Inc.
PO Box 160
Northampton, PA 18067-9998


Essex Crane Rental
1110 Lake Cook Road
Buffalo Grove, IL 60089

Eugene J. Merlino
9 North Gate Road
Mendham, NJ 07945


Everbank Commerical Finance
PO Box  911608
Denver, CO 80291-1608


F. S. Supply
PO Box 452
Keyport, NJ 07735


Federal Express
PO Box 3711461
Pittsburgh, PA 15250-7461


Fiddlers Elbow
PO Box 248
Far Hills, NJ 07931


Thomas Fitzpatrick
207 Wooton Apt. A
Boonton, NJ 07005


Gibbons, P.C.
PO Box 5177
New York, NY 10087-5177


Global Financial Advisors
831 Route 10 PMB250
Whippany, NJ 07981


Kenneth Graham
192 Brahama Avenue
Bridgewater, NJ 08807


GRL Engineers
30725 Aurora Road
Solon, OH 44139


GT&S, Inc.
PO Box 52240
Newark, NJ 07101

GTS-Welco
PO Box 52240
Newark, NJ 07101


H.O. Penn Leasing, LLC
122 Noxon Road
Poughkeepsie, NY 12603-2940


Harrison Equipment Corp.
500 Essex Street
Harrison, NJ 07029


Heavy Construction Sytems
13151 W. Airport Blvd.
Sugar Land, TX 77478


Heller and Johson
PO Box 650280
Dallas, TX 75265-0280


Hertz Equipment Rental
PO Box 650280
Dallas, TX 75265-0280


Hi-Tech Auto Center
6 Framingdale Road
Wayne, NJ 07470


Hoffman Equipment, Inc.
300 Randolphville Road
Piscataway, NJ 08854


Hometown Market
574 Newark Pompton Turnpike
Pompton Plains, NJ 07444


Horizon Blue Cross/Blue Shield
PO Box 1738
Newark, NJ 07101-1738


Jeffrey Hunt
32 Hillside Avenue
Riverdale, NJ 07457

Industrial Tractor Parts Co.
28-15 14th Street
Astoria, NY 11102


Infra-Metals Co.
PO Box 409828
Atlanta, GA 30384-9828


Inter City Tire
777 Dowd Avenue
Elizabeth, NJ 07201


Interstate Industrial Corp.
700 Lanidex Plaza
Parsippany, NJ 07054


Interstate Waste Services
PO Box 554046
Metamora, MI 48455-4046


Joseph Iorio
2113 Shadow Brook Drive
Old Bridge, NJ 08857


ISC Structures
PO Box 9961
Trenton, NJ 08650


J. M. Ahle
2 Herman Street
South River, NJ 08882


John Cromie, Esq.
Connell Foley
85 Livingston Avenue
Roseland, NJ 07068


John Fenton
326 Cheryl Drive
Toms River, NJ 08753


John Simoni, Esq.
Goetzx Fitzpatrick
One Penn Plaza - Suite 4401
New York, NY 10119

Johnny on the Spot
3168 Bordentwon Avenue
Old Bridge, NJ 08857


Junntan
PO Box 1702
FIN-70701 KUOPIO
FINLAND


Ken's Booming & Boat Service
PO Box 4001
Bayonne, NJ 07002


Kimball Midwest
Dept. L-2780
Columbus, OH 43260-2780


KSG Maintenance
192 Brahman Avenue
Bridgewater, NJ 08807


L. B. Foster
PO Box 643343
Pittsburgh, PA 15264-3343


Lakeside Construction
PO Box 806
Hopatcong, NJ 07843


Michael A. LaPenna
56 Portland Avenue
Fanwood, NJ 07023


Leading Edge LLC
PO Box 192
Manasquan, NJ 08736


Mal-Bros Transportation, LLC
125 Pompton Plains Crossroads
Wayne, NJ 07470


Malco Equipment Corp.
125 Pompton Plains Crossroads
Wayne, NJ 07470

Brian Mannix
74 Haytown Road
Lebanon, NJ 08833


Martin Piling & Lumber Co.
100 Davidson Avenue
Suite 109
Somerset, NJ 08873


McAuliffe Contractors, LLC
723 Fairfield Contractors
Kenilworth, NJ 07033


McCarthy Tire Service Co., Inc.
PO Box 1125
Wilkes Barre, PA 18703-1125


McCrarey Landscaping, Inc.
80 Tower Drive
Middletown, NY 10941


McCutcheon Associates, P.A.
700 Plaza Drive
Secaucus, NJ 07094


MCM Forest Products
PO Box 827
Hoboken, NJ 07030


William Miller
504 Holly Lane
Cedar Grove, NJ 07009-2035


MTS-Mobile Technical Services, Inc.
700 Old Bloomfield Avenue - Suite 100
Pine Brook, NJ 07058


Mueser Rutledge
224 West 34th Street
14 Penn Plaza
New York, NY 10122


Mumford-Bjorkman Associates
POP Box 733
New Castle, DE 19720

Mutual Screw & supply
68 W. Passaic Street
Rochelle Park, NJ 07662


National Railroad Passenger Co.
Amtrak Group 1
23615 Network Place
Chicago, IL 60673-1236


New Jersey Alliance for Action
PO Box 6438
Edison, NJ 08818


New Jersey Carpenters Funds
Raritan Plazw II
PO Box 7818
Edison, NJ 08818-7818


New Jersey Division of Taxation
25 Barack Street
Trenton, NJ 08625


New York District of Carpenters
395 Hudson Street
New York, NY 10014


NJ Transit
PO Box 5042
Woodbridge, NJ 07095-5042


Nobel Equipment & Supplies, Inc.
1920 US. Highway 1
Linden, NJ 07036


Nord & DeMaio
190 State Highway 18
Turnpike Metroplex - Suite 201
East Brunswick, NJ 08816


NY NJ Trailer Supply
1401 Route 23
Butler, NJ 07405

Olori Crane Service, Inc.
11 Seeger Drive
Nanuet, NY 10954


Olympic Glove & Safety co.
75 Main Ave.
Elmwood Park, NJ 07407


Operating Engineers Local 825
65 Springfield Avenue
Springfield, NJ 07081


PA Department of Revenue
PO Box 0280401
Harrisburg, PA 17128-0401


Pennsylvania One Call Systems
PO Box 641121
Pittsburgh, PA 15264-1121


Phoenix Mgt. Services, Inc.
110 Chadd Ford Commons
Chadds Ford, PA 19317


Pile Driving Contractors Assoc.
1857  Wells Road - Suite 6
`
Orange Park, FL 32073


Pioneer Recovery
PO 1008
Moorestown, NJ 08057-1008


Platzer Swergold Carlin
1065 Avenue of the Americas
New York, NY 10018


PNC Business Credit
100 Summer Street
Suite 1001
Boston, MA 02110

Port Lumber Corp.
101 Kroemer Avenue
PO Box 1033
Riverhead, NY 11901


Pravata Enterprises
125 Pompton Plains Crossroads
Wayne, NJ 07470


Pravata Equipment Services LLC
125 Pompton Plains Crossroads
Wayne, NJ 07470


PreCast Piling Techonology, Inc.
PO Box 16612
Tampa, FL 33687


Prime Lube, Inc.
PO Box 539
Carteret, NJ 07008


Protec Documentation Services, Inc.
PO Box 266
Rancocas, NJ 08073


Todd Quinn
5 Eric Lane
Landing, NJ 07850


RCC Pile & Foundation, Inc.
71-73 Grove Street
Paterson, NJ 07503


Rentals Unlimited
191 Route 23
Pompton Plains, NJ 07444


Riverdale P&A Auto Parts
15 Pompton Newark Turnpike
Riverdale, NJ 07457


Robert's & Sons, Inc.
PO Box 110
Garfield, NJ 07026

Roll Form Group
6701 Financial Drive
Suite 100
Mississauga, Ontario L5N7J7
CANADA


Safeguard
PO Bos 1352
Montclair, NJ 07042


Sanzari-Shinn, LLC
111 North Michigan Avenue
Kenilworth, NJ 07033


SAS Stressteel, Inc.
100 New Dutch Lane
Fairfield, NJ 07004


Semcor Equipment
18 Madison Street
Keyport, NJ 07735


Skyline Steel Corporation
24771 Network Place
Chicago, IL 60673-1247


Spring Street Recycling
5 Spring Street
West Haven, CT 06516


Staples Busines Advantage
PO Box 415256 - Dept NY
Boston, MA 02241-5256


STC Marine, LLC
10 Pirates Cove
Little Silver, NJ 07739


Steel Management Systems, LLC
3045 Bath Pike
Nazareth, PA 18064


William H.Stewart, III
112 Berely Place
Dumont, NJ 07628

Sun Leasing LLC
Deep Earth Technology
35322 Bayard Road
Frankford, DE 19945


Sun Pile Driving Equipment, LLC
35322 Bayard Road
Frankford, DE 19945


Superior Distributors
4 Midland Avenue
Elmwood Park, NJ 07407


Taylor Oil Company
PO Box 974
Somerville, NJ 08876


The Standard
PO Box 6065
Portland, OR 97228-6065


The Water Guy
94 Ford Road
Suire 94-02
Denville, NJ 07834


Thomson Materials Corp.
15 Leslie Court
Whippany, NJ 07981


TJM Inc.
2206 Todd Road
Aliquippa, PA 15001


Tomco Construction
22 Howard Blvd.  Suite 204
Mount Arlington, NJ 07856


Total Waste Technologies
489 Frelinghuysen Avenue
Newark, NJ 07114


Triboro Hardware & Supply Corp.
120 Edward Hart Drive
Jersey City, NJ 07305

Trico Equipment
1101 Wheaton Avenue
Millville, NJ 08332


True & Associates
325 North Avenue East
Westfield, NJ 07090


Joseph Ugrovics
59 Hewitt Road
Colorado Springs, CO 80921-1608


UTCA Utility & Transfportation
PO Box 728
Allenwood, NJ 08720


Van Hydraulics, Inc.
PO Box 320
Keasbey, NJ 08832


Vergona Crane Co., Inc.
180 West Forest Avenue
Englewood, NJ 07631


Verizon Wireless
PO Box 489
Newark, NJ 07101-0489


VT Management LLC
86 Newark Pompton Turnpike
Riverdale, NJ 07457


W. B. Equipment Service Co.
127 Oak Street
Wood Ridge, NJ 07075


W. B. Mason Co., Inc.
PO Box 981101
Boston, MA 02298-1101


William S. Walsh
104 Chicago Blvd.
Sea Girt, NJ 08750

Walter S. Prattt & Sons, Inc.
Rensselaer, NY 12144


West End Partners
1482 East Valley Road - Suite 245
Santa Barbara, CA 93108


William S. Walsh
104 Chicago Blvd.
Sea Girt, NJ 08750


Wiss & Company, LLP
485C Route 1 South
Iselin, NJ 08830


Zano Indsutries
20-25 130th Street
PO Box 560222
College Point, NY 11356

# United States Bankruptcy Court
### District of New Jersey

In re  **MG Forge Construction, LLC**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **MG Forge Construction, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 22, 2012**

Date

**/s/ Stuart Gold**

**Stuart Gold**

Signature of Attorney or Litigant

Counsel for   **MG Forge Construction, LLC**

**Mandelbaum Salsburg Lazris & Discenza, P.C.**

**155 Prospect Avenue**
**West Orange, NJ 07052**
**9737364600 Fax:9733257467**
**sgold@msgld.com**

## United States Bankruptcy Court
### District of New Jersey

In re    **MG Forge Construction, LLC**

Debtor(s)

Case No.

Chapter    **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Eugene J. Merlino**, declare under penalty of perjury that I am the **President** of **MG Forge Construction, LLC**, and that the following is a true and correct copy of the resolutions adopted by the members of said limited liability company by consent in lieu of meeting dated October 22, 2012.

"Whereas, it is in the best interest of this limited liability company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Eugene J. Merlino, President** of this limited liability company is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Eugene J. Merlino, President** of this limited liability company is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the limited liability company in connection with such bankruptcy case, and

Be It Further Resolved, that **Eugene J. Merlino, President** of this limited liability company is authorized and directed to employ **Stuart Gold**, attorney and the law firm of **Mandelbaum Salsburg Lazris & Discenza, P.C.** to represent the corporation in such bankruptcy case."

Date    **October 22, 2012**

Signed    **/s/ Eugene J. Merlino**

**Eugene J. Merlino**

Resolution of Members by Consent
of
**MG Forge Construction, LLC**

Whereas, it is in the best interest of this limited liability company to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Eugene J. Merlino, President** of this limited liability company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the limited liability company; and

Be It Further Resolved, that **Eugene J. Merlino, President** of this limited liability companyis authorized and directed to appear in all bankruptcy proceedings on behalf of the limited liability company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the limited liability company in connection with such bankruptcy case, and

Be It Further Resolved, that **Eugene J. Merlino, President** of this limited liability company is authorized and directed to employ **Stuart Gold**, attorney and the law firm of **Mandelbaum Salsburg Lazris & Discenza, P.C.** to represent the limited liability company in such bankruptcy case.

| Date | **October 22, 2012** | Signed | **/s/ Eugene J. Merlino** |
|------|----------------------|--------|---------------------------|
| | | | **Eugene J. Merlino, Member** |
| Date | **October 22, 2012** | Signed | **/s/ William S. Walsh** |
| | | | **William S. Walsh, Member** |
| Date | **October 22, 2012** | Signed | **/s/ Anthony Calandra** |
| | | | **Anthony Calandra as Managing Member, McGuggan, LLC, Member** |
| Date | **October 22, 2012** | Signed | **/s/ Donald K. Gross** |
| | | | **Donald K. Gross, Member** |